```
FILED
DEC 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3363-BTM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of marijuana (Felony) |
| MOISES CASTRO-GAXIOLA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about November 10, 2007, within the Southern District of California, defendant MOISES CASTRO-GAXIOLA, did knowingly and intentionally import approximately 28.46 kilograms/62.61 pounds of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  December 13, 2007 .

KAREN P. HEWITT
United States Attorney

*[signature]*

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
12/12/07